

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00317-CV

CITY OF ALAMO, TEXAS AND ALAMO ECONOMIC DEVELOPMENT
CORPORATION
v.
HERIBERTO OSUNA

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-3570-12-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and RENDERED. The Court orders the judgment of the trial court REVERSED and RENDERS a judgment of dismissal. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

November 20, 2014